HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
MICHELLE NAM
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
linda.harter@fd.org916-498-5700/Fax 916-498-5710

Attorney for Defendant
STEVEN PHILLIPS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:13-cr-0369-AC |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING TRIAL CONFIRMATION |
| vs. ) | HEARING AND JURY TRIAL AND SETTING |
| ) | MOTION BREIFING SCHEDULE |
| STEVEN PHILLIPS, ) | |
| ) | Date:   March 10, 2014 |
| Defendant. ) | Time:  9:00 AM |
| ) | Judge: Hon. Allison Claire |
| ——————————————) | |

It is hereby stipulated and agreed to between the parties, Special Assistant United States Attorney Peter Mularczyk, attorney for plaintiff, and Chief Assistant Federal Defender Linda Harter, attorney for defendant, STEVEN PHILLIPS, that the trial confirmation hearing set for March 10, 2014 be continued to April 10, 2014 at 9:00 a.m. and the jury trial set for April 21, 2014 be continued to April 28, 2014 at 9:00 a.m., and a motion hearing be set for April 10, 2014 at 9:00 a.m., and a briefing schedule should be set as follows:

Defendant's motions due                          February 28, 2014

Government's opposition                          March 14, 2014

1    Reply to opposition                          March 21, 2014

2         The reason for this continuance is that defense counsel has recently read new Ninth

3    Circuit opinion in *United States v. Peruta*, No. 10-56971 (9th Cir. Feb. 13, 2014).   Defense

4    counsel requests additional time to conduct further research on this new case.  Also, Special

5    Assistant United States attorney will be unavailable in training the week of February 24, 2014

6    through February 28, 2014, which will not allow sufficient time to reply to the motions.  The

7    defendant's daughter will also be getting married out of the country and defendant wishes to

8    attend the wedding the week of April 21, 2014.  Accordingly, the parties ask the Court to exclude

9    time under the Speedy Trial Act from the date of this order through April 10, 2014, pursuant to

10   Title 18, United States Code, Section 3161(h)(7)(A), (B)(iv) and 18 USC 3161(h)(1)(D) (pretrial

11   motions).

12
13   Dated:  February 18, 2014

14                                         HEATHER E. WILLIAMS
                                           Federal Defender
15

16                                         */s/ Linda C. Harter*
17                                         LINDA C. HARTER
                                           Assistant Federal Defender
18                                         Attorney for Defendant
                                           STEVEN PHILLIPS
19

20                                         BENJAMIN B. WAGNER
21

22                                         */s/ Peter Mularczyk*
                                           PETER MULARCZYK
23                                         Special Assistant United States Attorney

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

     / / /

O R D E R

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though April 10, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED:  February 19, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE