```
BENJAMIN B. WAGNER
United States Attorney
PETER M. MULARCZYK
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:13-CR-00369-AC |
| | ) |
| Plaintiff, | ) [PROPOSED] ORDER TO DISMISS |
| | ) COUNTS ONE AND TWO OF THE |
| v. | ) INFORMATION |
| | ) |
| STEVEN PHILLIPS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

It is hereby ordered that Counts One and Two of the Information in Case Number 2:13-CR-00369-AC is dismissed without prejudice.

IT IS SO ORDERED

DATED: March 14, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE